No. 378. HUTTON *v.* NEW YORK TITLE & MORTGAGE Co. October 22, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Levi H. David* and *E. Hilton Jackson* for petitioner. *Messrs. George P. Hoover* and *James C. Rogers* for respondent.

No. 380. FRED W. MEARS HEEL Co., INC. *v.* WALLEY. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Eben Winthrop Freeman* and *Walter Bates Farr* for petitioner. *Mr. Nathan W. Thompson* for respondent.

No. 396. STANDARD NUT MARGARINE Co. *v.* MELLON ET AL. October 22, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. George N. Murdock* and *Lloyd Anderson* for petitioner. *Messrs. Frank J. Hogan, Donald D. Shepard, Arthur B. Van Buskirk, William M. Robinson, William J. Donovan,* and *Henry Herrick Bond* for respondents.

No. 410. UNITED STATES *v.* MATOIL SERVICE & TRANSPORT Co. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Biggs* for the United States. *Mr. Louis Halle* for respondent.

No. 367. LITTLE, TRUSTEE IN BANKRUPTCY, *v.* BANK OF WADESBORO. October 22, 1934. Petition for writ of